## ALLEN *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 26, September Term, 1965.]

*Decided October 22, 1965.*

Before PRESCOTT, C. J., and HAMMOND, HORNEY, MARBURY and BARNES, JJ.

PER CURIAM.

Application for leave to appeal from a denial of post conviction relief is denied for the reasons set out in the opinion of Judge Sklar in the court below.

*Application denied.*